IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSA AND RAYMOND PARKS INSTITUTE FOR SELF DEVELOPMENT, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:13-CV-817-WKW |
| TARGET CORPORATION, ) ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that based upon Defendant's representation that the correct corporate entity is Target Corporation, not Target Stores, Inc. (Doc. # 9, at n.1), the caption of the complaint is *sua sponte* AMENDED to reflect that the proper Defendant is Target Corporation. The parties are DIRECTED to use Target Corporation for all future submissions to the court, and the Clerk of the Court is DIRECTED to change the caption accordingly.

DONE this 13th day of February, 2014.

                                           /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE