IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Rosa and Raymond Parks Institute for Self Development,<br><br>              Plaintiff,<br><br>v.<br><br>Target Corporation,<br><br>              Defendant. | Case No. 2:13-cv-00817-WKW-WC |

**Defendant Target Corporation's Motion for Summary Judgment**

Defendant Target Corporation hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The motion is based upon all the files, records, and proceedings herein, and upon the memorandum, declaration, affidavit, and exhibits filed concurrently herewith and referenced therein.

Dated: October 27, 2014

                                          /s/ *Peter M. Routhier*____
                                       James R. Steffen (*pro hac vice*)
                                       Peter M. Routhier (*pro hac vice*)
                                       **FAEGRE BAKER DANIELS LLP**
                                       2200 Wells Fargo Center
                                       90 South Seventh Street
                                       Minneapolis, MN 55402-3901
                                       Telephone:  612-766-7000
                                       Email:  james.steffen@FaegreBD.com
                                                        peter.routhier@FaegreBD.com

                                       Helen Kathryn Downs (ASB-8460-O74H)

US.55102407.01

          **BUTLER SNOW LLP**
          One Federal Place
          1819 5th Avenue North, Suite 1000
          Birmingham, Alabama 35203
          Telephone:  (205) 297-2215
          Facsimile:   (205) 297-2201
          Email:  HK.downs@butlersnow.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 27th of October, 2014, the foregoing was filed electronically using the CM/ECF system, which effectuates service on the following counsel of record by electronic mail:

    Gwendolyn Thomas Kennedy, Esq.
    **KENNEDY LAW GROUP**
    1623 Forest Avenue
    Montgomery, Alabama 36106
    Telephone: (205) 265-9021
    Email:  Gwendolyntkennedy@yahoo.com


          */s/ Peter M. Routhier*