IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Rosa and Raymond Parks Institute for Self Development<br><br>Plaintiff,<br><br>v.<br><br>Target Corporation,<br><br>Defendant. | Case No. 2:13-cv-00817 |

### Affidavit of Stephanie Workman Marrott

I, Stephanie Workman Marrott, being of lawful age, state that the following facts are true and correct and based on my own personal knowledge:

1. I am an artist who has been painting and creating works of art since I was a child. I studied art in college and have been working as a professional artist for a number of years.

2. For years I have sold my artwork through a company called Sagebrush Fine Art. One of the pieces that I created, which Sagebrush arranged to have sold at retail in a number of Target stores, is the following Plaque:



1

3. I love creating art that can inspire us. I feel that art should not be something static that merely hangs on a wall, but something that is inspirationally compelling. The Plaque is one of my inspirational or "statement" pieces.

4. The Plaque is a collage, which is an artistic composition that's made up of different parts. When I create collage, it's often about telling a story. By pulling different elements together into a single work, I can tell more of a story with collage then with just a single image. In this particular collage I used a number of different elements, including (clockwise from the top right):

> a. a stylized rendering of the phrase "Civil Rights";
> b. an illustration that was submitted as an exhibit in the *Browder v. Gayle* case, which shows where Rosa Parks was sitting on the bus that day;
> c. a stylized rendering of the word "change,"
> d. an image of the old Cleveland Avenue bus in Montgomery;
> e. the name "Rosa L. Parks" and her date of birth and death;
> f. an image of Rosa Parks's Congressional Gold Medal;
> g. a photograph of Rosa Parks and Martin Luther King; and
> h. an inspirational statement made by Rosa Parks herself: "People always say that I didn't give up my seat because I was tired, but that isn't true. I was not tired physically. . . I was not old . . . I was forty two. No, the only tired I was, was tired of giving in."

5. The Plaque tells a story about civil rights in America. That's why I placed the phrase "Civil Rights" in the top right hand corner, and included imagery from the modern civil rights movement like the picture of Rosa Parks and Martin Luther King. By my selection and arrangement of items on the Plaque, I describe important aspects of American history and convey a message about those events.

6. For example, one reason I included the name and image of Rosa Parks, as well as an image of a Montgomery bus and the word "change," was in order to tell the story of Rosa Parks and the civil rights movement in a way that would convey an

2

inspirational message about standing up for what you believe is right and what you believe in. The Plaque conveys that, by refusing to give up her seat on the bus that day, Rosa Parks helped bring about real change in this country. It is motivational because it shows that you too can make a change by having the courage to stand up for what you believe is right and not "giving in."

7. This inspirational message is conveyed and reinforced by the selection and arrangement of the items I included on the Plaque. For example, I included items on the Plaque that both call to mind Rosa Parks's heroic actions in Montgomery, and also evoke a sense of success and accomplishment by placing that event in the context of American history: it shows Rosa Parks's congressional gold medal, for example, and it also shows the word "change," which calls to mind President Barak Obama's historic presidency. All of these things tell the story of the modern civil rights movement in a way that inspire you to feel that, when you have the courage to do what is right, it is possible to create real change—change that can impact others for many years to come.

8. I thought people would want to be reminded of this inspirational message, and associate with it, by displaying the work on their wall or their mantle. It certainly isn't an advertisement or a marketing piece. It's a work of art.

9. I felt bad when this lawsuit came about and the Plaque was no longer offered for sale, because to me, the message of the Plaque is important and needs to be told. I was excited about this piece, because I haven't seen a lot of inspirational work about black history, and there are so many important stories that need to be told. Now, with this lawsuit, I'm really gun-shy about doing things like this.

10. Since I've worked in this industry for a while, I am familiar with intellectual property issues, and I exercised my usual caution and respect for intellectual

property rights when I made this Plaque. For example, I looked into the status of the image of Rosa Parks and Martin Luther King that is displayed on the Plaque, and I learned that, because it is a part of the National Archives, it is not under copyright and is in the public domain. I believed that the Plaque complied with the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2014.

*Stephanie Marrott*

Stephanie Marrott