IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSA AND RAYMOND PARKS INSTITUTE FOR SELF DEVELOPMENT,         )<br>)<br>)<br>)<br>       Plaintiff,         )<br>)<br>v.         )<br>)<br>TARGET CORPORATION,         )<br>)<br>       Defendant.         ) | <br><br><br><br>CASE NO. 2:13-CV-817-WKW |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE that judgment is ENTERED in favor of Defendant Target Corporation, and against Plaintiff Rosa and Raymond Parks Institute for Self Development on all claims.

It is further ORDERED that all costs herein incurred are TAXED against Plaintiff, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of February, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE